IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JEFFERSON JONATHAN LEAL ANGULO, §
§
§
Petitioner, §
§
v. § No. 3:26-CV-1948-D (BT)
§
WARDEN, PRAIRIELAND DETENTION §
CENTER, §
§
Respondent. §

## ORDER

After reviewing all relevant matters of record in this case, including the findings,
conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28
U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions
of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.
By separate judgment, this case will be dismissed without prejudice as duplicative of *Angulo v.
Warden, Prairieland Detention Center*, 3:26-CV-1928-S-BK. Any pending motions are denied as
moot.

**SO ORDERED**.

July 14, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE